**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:14 po 006**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **MITCHELL ALLEN JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |


**THIS MATTER** has come before the undersigned pursuant to a Motion to Dismiss (#8) filed by the Government. The motion shows that the Government has consulted with counsel for Defendant and that the Defendant's attorney consents to the motion. As a result, the undersigned will grant the motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss (#8) is hereby **ALLOWED** and the criminal charges against the Defendant in this matter are dismissed.


Signed: December 4, 2014

Dennis L. Howell
United States Magistrate Judge